Josephine Welch OVERTON, as Executrix of the Estate of Galen H. Welch, Deceased, Formerly Collector of Internal Revenue for the Sixth Collection District of California, Appellant, v. Mae H. SAMPSON, Individually and as Executrix under the Will of W. O. Sampson, Deceased, Appellee.

No. 10434.

Circuit Court of Appeals, Ninth Circuit.

Oct. 29, 1943.

Samuel O. Clark, Jr., Asst. Atty. Gen., Sewall Key, Helen R. Carloss, and Alvin J. Rockwell, Sp. Assts. to Atty. Gen., Charles H. Carr, U. S. Atty., and Edward H. Mitchell, Asst. U. S. Atty., both of Los Angeles, Cal., for appellant.

Frank Mergenthaler, of Los Angeles, Cal., for appellee.

Before WILBUR and MATHEWS, Circuit Judges, and McCORMICK, District Judge.

PER CURIAM.

On the authority of United States v. Goodyear, 9 Cir., 99 F.2d 523, the judgment is affirmed.

---

MANHATTAN FIRE & MARINE INSURANCE COMPANY OF NEW YORK, a Foreign Corporation, Appellant, v. Sidney KRANDALL, Appellee.

No. 9448.

Circuit Court of Appeals, Sixth Circuit.

Oct. 21, 1943.

Greenhill & Greenhill, of New York City, and E. Dean Alexander, of Detroit, Mich., for appellant.

Frederick J. Ward and Robert E. Plunkett, both of Detroit, Mich., for appellee.

Before SIMONS, MARTIN, and McALLISTER, Circuit Judges.

PER CURIAM.

The above cause having come on for hearing, on the arguments and briefs of counsel, and the transcript of the record, after due consideration, it is hereby ordered, adjudged, and decreed that the judgment of the District Court be and is hereby affirmed.

---

Dewey KESSLER, Appellant, v. UNITED STATES of America, Appellee.

No. 9534.

Circuit Court of Appeals, Sixth Circuit.

Oct. 6, 1943.

Dewey Kessler, in pro. per.

John T. Metcalf, of Lexington, Ky., for the United States.

Before HICKS, ALLEN, and HAMILTON, Circuit Judges.

PER CURIAM.

This case came on for hearing, and it appearing from the petition itself as amended, together with the exhibits filed therewith, that the appellant is not entitled to the relief sought by the writ of habeas corpus (Title 28 U.S.C.A. § 455), it is ordered that the judgment be, and it hereby is, affirmed for the reasons stated in the memorandum opinion of the District Court.